IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY RAY COLEMAN, | No. C 11-5728 LHK (PR) |
| Plaintiff, | JUDGMENT |
| v. | |
| COUNTY OF SAN MATEO, et al., | |
| Defendants. | |

    The Court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

    IT IS SO ORDERED.

DATED: 5/22/12

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

G:\PRO-SE\SJ.LHK\CR.11\Coleman728jud.wpd