IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TERRY RAY COLEMAN, | ) | No. C 11-5728 LHK (PR) |
| Plaintiff, | ) ) | JUDGMENT |
| v. | ) ) | |
| COUNTY OF SAN MATEO, et al., | ) ) | |
| Defendants. | ) ) | |

The Court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 5/22/12

LUCY H. KOH
United States District Judge

G:\PRO-SE\SJ.LHK\CR.11\Coleman728jud.wpd